Michael A. Taibi, Esq. SBN.160041
TAIBI AND ASSOCIATES, APC
750 B Street, Suite 2510
San Diego, CA 92101
Telephone: (619) 354-1798
Facsimile: (619) 784-3168: email: taibiandassociates@gmail.com

Attorney for Plaintiff EDWIN DALLY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN DALLY,<br><br>Plaintiff,<br><br>vs.<br><br>GRH, LLC dba FIFTH and ROSE, et al.<br><br>Defendants. | Case No. 3:19-cv-02002-JLS-LL<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, EDWIN DALLY, and Defendants, GRH, LLC dba FIFTH and ROSE, RGC GASLAMP, LLC (Hereby known as the "Parties"), have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated by and between the Parties for review and approval. Upon the execution and receipt of the required signatures, an executed Joint Motion to Dismiss of the entire action, with prejudice, will be filed with the court by Plaintiff's attorney.

IT IS SO STIPULATED.

1 | Dated: January 2, 2020

/s/ Michael A. Taibi, Esq.
Michael A. Taibi, Esq.
Attorney for the Plaintiff
EDWIN DALLY

CERTIFICATE OF SERVICE
3:19-cv-02002-JLS-LL

I, Michael A. Taibi, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 750 B Street, Suite 2510, San Diego, California 92101, which is located in the city, county and state where the mailing described below took place.

I do hereby certify that the foregoing was served electronically via the Court's electronic filing system this 2nd day of January 2020, to all parties of record.

the following:

NOTICE OF SETTLEMENT

I swear and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge. Executed this 2nd day of January 2020, at San Diego, California.

/s/ Michael A. Taibi
MICHAEL A. TAIBI