Michael A. Taibi, Esq. SBN.160041
TAIBI AND ASSOCIATES, APC
750 B Street, Suite 2510
San Diego, CA 92101
Telephone: (619) 354-1798
Facsimile: (619) 784-3168:  email: taibiandassociates@gmail.com

Attorney for Plaintiff EDWIN DALLY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN DALLY, | Case No. 3:19-cv-02002-JLS-LL |
| Plaintiff, | **JOINT MOTION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II); & ORDER THEREON.** |
| vs. | |
| GRH, LLC dba FIFTH and ROSE, et al. | |
| Defendants. | |

## MOTION

The Plaintiff, Edwin Dally and Defendants, GRH, LLC dba Fifth and Rose and RGS Gaslamp, LLC ("Parties'), hereby apply that this action may be dismissed, with prejudice, in its entirety. Each party shall bear the fees and costs of their own attorney.

The dismissal is made pursuant to F.R. Civ. P. 41(a)(1)(A)(ii)

```
 1  Dated: February 13, 2020              /s/ Michael a. Taibi, Esq.
                                          MICHAEL A. TAIBI, ESQ
 2                                        Attorney for Plaintiff
                                          EDWIN DALLY
 3

 4
    Dated: February 13, 2020              /a/ Sarah A. Williams, Esq.
 5                                        Sarah A. Williams, Esq.
                                          Attorney for the Defendants
 6                                        GRH, LLC dba FIFTH and ROSE
                                          RGC GALAMP, LLC
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Sarah A. Williams, Esq., counsel for FRH, LLC dba Fifth and rose and RGC Gaslamp, LLC, and that I have obtained Ms. Williams's authorization to affix her electronic signature to this document.

Dated: February 13, 2020        /s/ Michael A. Taibi, Esq.
                                Michael A. Taibi, Esq.
                                Attorney for the Plaintiff
                                EDWIN DALLY

## CERTIFICATE OF SERVICE
### 3:19-cv-02002-JLS-LL

I, Michael A. Taibi, Esq, certify and declare as follows:

I am over the age of 18-years and not a party to this action.

My business address is 750 "B" Street, Suite 2510, San Diego, California 92101, which is located in the city, county, and state where the mailing described below took place.

I do hereby certify that the foregoing was served electronically via the Court's electronic filing system this 13TH day of February 2020 to all parties of record:

JOINT MOTION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii).

I swear and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of February 2020, at San Diego, California.

/s/ Michael A. Taibi, Esq.
Michael A. Taibi, Esq.