UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| EDWIN DALLY, | Case No.: 19-CV-2002 JLS (LL) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |
| v. | |
| GRH, LLC, dba FIFTH AND ROSE; RGC, GASLAMP, LLC; and DOES 1 THROUGH 10, INCLUSIVE, | (ECF No. 11) |
| Defendants. | |

Presently before the Court is the Parties' Joint Motion to Dismiss (ECF No. 11). Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** this action in its entirety. As stipulated by the Parties, each side will bear its own attorneys' fees and costs. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: February 14, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge